DANIEL W. CRANDALL, Pro Se
18 Crossbow Rd, Garden Valley, Idaho 83622
Crandall10@frontier.com
Phone: 208-608-5017

U.S. COURTS
JUN 3 0 2010
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT OF THE DISTRICT OF IDAHO

| | |
|---|---|
| Daniel W. Crandall<br>　　　Plaintiff<br>　vs.<br>Hartford Casualty Insurance Company and Hartford Steam Boiler Inspection & Insurance Company<br>　　　Defendants | Civil Action No.: **10-CV-0127**<br><br>MOTION TO AMEND SCHEDULING ORDER |

　　　Plaintiff, Daniel W Crandall, respectfully files this MOTION TO AMEND SCHEDULING ORDER. Despite extraordinary efforts at great expense, Plaintiff cannot effectively meet the deadline for the JOINDER OF PARTIES & AMENDMENT OF PLEADING CUTOFF DATE of June 30, 2010 because Defendants have stone-walled on the discovery requests, which will necessitate Plaintiff making and securing motions to compel. Discovery in this case is expected to be extensive and time-consuming as Defendants have already produced nearly two thousand pages of documents, but a large portion of the hay-stack package was the wrong policy and duplicative emails, forms, etc. in a mish-mash. Some pages had been cut-off during photocopying and are therefore incomplete, particularly the reinsurance contract between the Defendants.

　　　Defendants revealed very little of the substantive evidence in response to Plaintiff's discovery requests until the deadline and what they did reveal was that the initial disclosures, as respects the involvement of certain "home office" decision-makers, whose actions loomed heavy on this case was not initially disclosed. Therefore, Plaintiff's necessarily needs additional time to secure critical discovery in order to fully understand the elements of known and unknown claims by motion to compel, which may narrow the number of witnesses and evidence to be presented; all of which, constitutes good cause.

An extension is thereby requested so that Plaintiff can come to grips with the discovery already produced and compel other critical discovery that Defendants have employed objections in design of "form over substance". For the reasons set forth above, Respondent submits that they have demonstrated good cause to amend the scheduling order. A proposed amendment to the scheduling order has been attached.

Respectfully submitted

*/s/ Daniel W. Crandall*

DANIEL W. CRANDALL, Pro Se
18 Crossbow Rd, Garden Valley, Idaho 83622
Crandall10@frontier.com
Phone: 208-608-5017

Dated this 29th day of June, 2010.

DANIEL W. CRANDALL, Pro Se
18 Crossbow Rd, Garden Valley, Idaho 83622
Crandall10@frontier.com
Phone: 208-608-5017

# UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF IDAHO

| | |
|---|---|
| Daniel W. Crandall | ) Civil Action No.: **10-CV-0127** |
| Plaintiff | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| Hartford Casualty Insurance Company and Hartford Steam Boiler Inspection & Insurance Company | |
| Defendants | |

On the 29th day of June 2010 I, DANIEL W. CRANDALL, Plaintiff Pro Se, served the within MOTION TO AMEND SCHEDULING ORDER and ORDER TO AMEND SCHEDULING ORDER on the following attorney of record by email to lch@moffatt.com pursuant to mutual written consent of FRCP, a true copy thereof to:

**Mr. Larry C. Hunter, of the firm**
**Moffat, Thomas, Barrett, Rick & Fields**
**P.O. Box 829**
**Boise, ID 83701**

This 29th day of June, 2010

*/s/ Daniel W. Crandall*

DANIEL W. CRANDALL, Pro Se
18 Crossbow Rd, Garden Valley, Idaho 83622
Crandall10@frontier.com
Phone: 208-608-5017