DANIEL W. CRANDALL, Pro Se
18 Crossbow Rd, Garden Valley, Idaho 83622
Crandall10@frontier.com
Phone: 208-608-5017

**U.S. COURTS**

**JUL 0 9 2010**

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF IDAHO

Daniel W. Crandall ) Civil Action No.: **10-CV-0127**
    Plaintiff
vs. )
Hartford Casualty Insurance Company and ) MOTION TO COMPEL A VOLUNTARY
Hartford Steam Boiler Inspection & Insurance ) CASE MANAGEMENT CONFERENCE
Company
    Defendants

    Plaintiff, Daniel W Crandall, respectfully files this MOTION TO COMPEL A VOLUNTARY CASE MANAGEMENT CONFERENCE ("VCMC"). Plaintiff believes that this case is a good candidate to employ the VCMC program as a Magistrate Judge's informal meeting would help the parties identify areas of agreement, clarify and focus the issues, and encourage the parties to enter procedural and substantive stipulations.

    Further, Defendants in this case possess nearly unlimited funds in which to increase Plaintiff's expenses and cause further injury from unnecessary delay. This case is not between financially equal parties represented by counsel, who can work their schedules around their other cases and lives. In this case, a week here and a month there, equates to real damages for a pro se Plaintiff whose finances has been severely eroded by this struggle, which has been going on for one year and seven months now. This also means that without court intervention, Defendants could financially fatigue Plaintiff into submission, and still arguably remain inside the FRCP (substance or "spirit" of the rules notwithstanding).

    Plaintiff therefore out of economic necessity petitions the court to grant a motion to compel VCMC for the reasons set forth above. Plaintiff submits that he has demonstrated good cause to order a VCMC and that no harm would come from such a conference. A proposed order has been attached.

## STATEMENT ON CIVIL RULE 37.1 "MEET AND CONFER" REQUIREMENT

On Wednesday, July 07, 2010 10:27 AM, Plaintiff conferred with defense counsel via email to request his stipulation to participate in a Civil Rule 16.1 VCMC as was also discussed in the scheduling conference hearing.

Defense counsel responds via an email of Wed 7/7/2010 10:35 PM to Plaintiff's request to stipulate to VCMC as follows: "I see no need for another one and therefore will not stipulate to your request."

Plaintiff conferred with the Courts ADR coordinator in the a.m. of July 8, 2010 and confirmed that no VCMC had been completed or stipulated to as represented by Defense counsel.

Therefore Plaintiff concludes that any further attempts to "meet and confer" would be unproductive as the parties seem split on what does and does not constitute a Voluntary Case Management Conference.

Respectfully submitted

*[signature]*

DANIEL W. CRANDALL, Pro Se
18 Crossbow Rd, Garden Valley, Idaho 83622
Crandall10@frontier.com
Phone: 208-608-5017

Dated this 8th day of July, 2010.

DANIEL W. CRANDALL, Pro Se
18 Crossbow Rd, Garden Valley, Idaho 83622
Crandall10@frontier.com
Phone: 208-608-5017

# UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF IDAHO

| | |
|---|---|
| Daniel W. Crandall     Plaintiff     vs. Hartford Casualty Insurance Company and Hartford Steam Boiler Inspection & Insurance Company     Defendants | ) Civil Action No.: **10-CV-0127** ) CERTIFICATE OF SERVICE ) |

On the 8th day of July 2010 I, DANIEL W. CRANDALL, Plaintiff Pro Se, served the within ORDER TO COMPEL A VOLUNTARY CASE MANAGEMENT CONFERENCE on the following attorney of record by email to lch@moffatt.com pursuant to mutual written consent of FRCP, a true copy thereof to:

**Mr. Larry C. Hunter, of the firm**
**Moffat, Thomas, Barrett, Rick & Fields**
**P.O. Box 829**
**Boise, ID 83701**

This 8th day of July, 2010

*[signature]*

DANIEL W. CRANDALL, Pro Se
18 Crossbow Rd, Garden Valley, Idaho 83622
Crandall10@frontier.com
Phone: 208-608-5017