UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL W. CRANDALL,<br><br>　　　Plaintiff,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, and HARTFORD STEAM BOILER INSPECTION & INSURANCE COMPANY,<br><br>　　　Defendants. | Case No.: CV 10-00127-REB<br><br>**ORDER RE: MOTION TO COMPEL A VOLUNTARY CASE MANAGEMENT CONFERENCE**<br><br>**(Docket No. 22)** |

Currently pending before the Court is Plaintiff's Motion to Compel a Voluntary Case Management Conference (Docket No. 22). Having carefully reviewed the record and otherwise being fully advised, the Court DENIES Plaintiff's request.

While the Court understands Plaintiff's position, the District's Voluntary Case Management Conference program is, by its nature, voluntary. It is apparent from the record that Plaintiff and Defendants are not in agreement as to the need for such a conference; with this in mind, the Court cannot order what is otherwise a voluntary process.

For the foregoing reasons, Plaintiff's Motion to Compel a Voluntary Case Management Conference (Docket No. 22) is DENIED.

DATED: **July 14, 2010**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge

**MEMORANDUM DECISION AND ORDER - 1**