Larry C. Hunter, ISB No. 1989
Matthew J. McGee, ISB No. 7979
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
lch@moffatt.com
mjm@moffatt.com
22638.0002

Attorneys for Defendants Hartford Casualty
Insurance Company and Hartford Steam Boiler
Inspection and Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL W. CRANDALL,<br><br>                Plaintiff,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, and HARTFORD STEAM BOILER INSPECTION & INSURANCE COMPANY,<br><br>                Defendants. | Case No. 1:10-cv-00127-REB<br><br>**MOTION FOR SUMMARY JUDGMENT** |

        COME NOW Defendants Hartford Casualty Insurance Company ("Hartford") and Hartford Steam Boiler Inspection & Insurance Company ("HSB"), by and through undersigned counsel, and pursuant to Rule 56(a) and (b) of the Federal Rules of Civil Procedure, respectfully move this Court for summary judgment on the Plaintiff's Complaint because the Plaintiff lacks standing to prosecute this lawsuit *pro se*. Defendants also request summary judgment as to

**MOTION FOR SUMMARY JUDGMENT - 1**

specific claims by Plaintiff upon the grounds that (1) Mr. Crandall, as the purported assignee of CatRisk.us, LLC's claims, may not prosecute claims for negligent infliction of emotional distress, Mr. Crandall's lost compensation, and Mr. Crandall's loss on investment in CatRisk because CatRisk does not hold such claims; (2) Mr. Crandall's remaining claims for economic loss are speculative and were not caused by Defendants' breach of any duty, contractual or otherwise; (3) Mr. Crandall's claim for punitive damages fails to comply with Idaho law; (4) Mr. Crandall cannot demonstrate the appropriate professional relationship to maintain a negligent misrepresentation claim; and (5) Mr. Crandall cannot maintain any cause of action against HSB because he lacks any privity of contract.

This motion is supported by the Statement of Material Facts, the Affidavit of Matthew J. McGee with accompanying exhibits, the Memorandum in Support of Motion for Summary Judgment filed contemporaneously herewith.

DATED this 25 day of February, 2011.

MOFFATT, THOMAS, BARRETT, ROCK &<br>
FIELDS, CHARTERED

By /s/ Matthew J. McGee
Matthew J. McGee – Of the Firm
Attorneys for Defendants Hartford Casualty
Insurance Company and Hartford Steam
Boiler Inspection and Insurance Company

**MOTION FOR SUMMARY JUDGMENT - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25 day of February, 2011, I caused a true and correct copy of the foregoing **MOTION FOR SUMMARY JUDGMENT** to be served by the method indicated below, and addressed to the following:

| | |
|---|---|
| Daniel W. Crandall, Pro Se<br>18 Crossbow Rd.<br>Garden Valley, ID 83622 | (✓) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile<br>( ) Electronic Mail |

Matthew J. McGee

**MOTION FOR SUMMARY JUDGMENT - 3**