Larry C. Hunter, ISB No. 1989
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
lch@moffatt.com
22638.0002

Attorneys for Defendants Hartford Casualty
Insurance Company and Hartford Steam Boiler
Inspection and Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL W. CRANDALL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, and HARTFORD STEAM BOILER INSPECTION & INSURANCE COMPANY,<br><br>　　　　　　Defendants. | Case No. 1:10-cv-00127-REB<br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

　　　　COMES NOW Defendant Hartford Casualty Insurance Company, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56, respectfully moves this Court for an order granting summary judgment in its favor on all claims asserted in Plaintiff's Complaint.  Plaintiff cannot show the existence of evidence to support damages, which is an essential element of his claims for breach of contract and breach of the covenant of good faith and fair dealing against Hartford Casualty Insurance Company.

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1**

This motion is based on the pleadings on file herein, the Memorandum in Support of Motion for Summary Judgment, the Statement of Undisputed Fact in Support of Defendant's Motion for Summary Judgment, and the Affidavit of Matthew J. McGee filed contemporaneously herewith.

DATED this 2nd day of December, 2011.

        MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

By *[signature]*
Larry C. Hunter – Of the Firm
Attorneys for Defendants Hartford Casualty Insurance Company and Hartford Steam Boiler Inspection and Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of December, 2011, I filed the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Andrew T. Schoppe**
andrew@schoppelaw.com
*Attorneys for Plaintiff*

Larry C. Hunter