UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL W. CRANDALL,<br><br>        Plaintiff,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, and HARTFORD STEAM BOILER INSPECTION & INSURANCE COMPANY,<br><br>        Defendants. | Case No. 1:10-cv-00127-REB<br><br>**JUDGMENT** |

    In accordance with Memorandum Decision and Order Re: Defendant's Motion For Summary Judgment (Docket No. 117) entered on February 8, 2013, and the Memorandum Decision and Order Re: Defendants' Motion For Summary Judgment (Docket No. 59) entered August 22, 2011,

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judgment be entered in favor of Defendants, and that this case be dismissed in its entirety.

DATED: **March 19, 2013**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge